15-24-00119-CV

D-1-GN-24-003836

ELIGAH DARNELL JR
APPELLANT

§
§
§

IN THE

FIFTEENTH COURT OF APPEALS

V

§

STEVEN McCRAW, DIRECTOR,
TEXAS DEPARTMENT OF PUBLIC
SAFETY,

APPELLEE

§

§

§

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

APR 3 0 2025

CHRISTOPHER A. PRINE
CLERK

## LEAVE TO FILE

TO THE HONORABLE COURT:

THE APPELLANT REQUEST LEAVE TO FILE A SECOND SUPPLEMENTED BRIEF IN THE "INTEREST OF JUSTICE". THIS CAUSE IS SET FOR SUBMISSION ON 4-23-25 THIS MOTION IS PLACED IN U.S. MAIL ON 4-20-25

## PRAYER

WHEREFORE, APPELLANT PRAYS THE COURT GRANT LEAVE TO FILE SECOND SUPPLEMENTED APPELLATE BRIEF IN THE INTEREST OF JUSTICE.

ON THIS <u>20TH</u> DAY OF <u>APRIL</u> 2025.

Respectfully,

_____
APPLICANT

## SERVICE

A COPY OF APPELLANT'S MOTION FOR LEAVE HAS BEEN PLACED IN THE U.S. MAIL ADDRESSED TO:

VISHAL V IYER
OFFICE OF THE ATTORNEY GENERAL
LAW ENFORCEMENT DIV.
P.O. BOX 12548
AUSTIN, TX 78711-2548

_____
APPLICANT

ON THIS <u>20TH</u> DAY OF <u>APRIL</u> 2025

FIFTEENTH COURT OF APPEALS
P.O. BOX 12852
AUSTIN, TX 78711

APRIL 20, 2025

RE: MOTION FOR LEAVE

RE: APPELLANTS 2ND SUPPLEMENTED MOTION

RE: 15-24-00119-CV

CLERK,

ENCLOSED IS APPELLANTS "MOTION FOR LEAVE" AND "APPELLANTS' 2ND SUPPLEMENTED MOTION" PLEASE FILE WITH THE COURT,

ELIGAH DARNELL JR #1695278
2664 FM 2054
TENNESSEE COLONY, TX 75886

RESPECTFULLY,

_Eligah Darnell Jr_
APPELLANT

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

APR 3 0 2025

CHRISTOPHER A. PRINE
CLERK

ELIGAH DARNELL JR #1695278
2664 FM 2054
TENNESSEE Colony, TEXAS 75886



APR 2 1 2025

FIFTEENTH COURT OF APPEALS
P.O. BOX 12852
AUSTIN, TEXAS 78711

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

APR 3 0 2025

CHRISTOPHER A. PRINE
CLERK

